PLAINTIFF

    VS.

DEFENDANT                                    CIVIL ACTION NO.

                  FILED IN ERROR

                  DUPLICATE FILING